IN THE CIRCUIT COURT OF LOWNDES COUNTY, MISSISSIPPI

WILLIAM LUKE HODGES                                           Plaintiff

vs.                                                         Civil Action No. 2023-0056-CV1H

PROGRESSIVE CASUALTY
INSURANCE COMPANY                                         Defendant

**USDC No. 1:23cv56-GHD-RP**

## COMPLAINT
## JURY TRIAL DEMANDED

Plaintiff, William Luke Hodges ("Luke") files his Complaint against Defendant Progressive Casualty Insurance Company ("Progressive"), and requests judgment against the Defendant based on the following:

### Parties

1. Luke is an adult resident citizen of the State of Mississippi, and resides in Lowndes County, Mississippi.

2. Progressive is a foreign insurance company doing business in the State of Mississippi who may be served with process as provided by applicable law through its Registered Agent, C.T. Corporation of Mississippi, 645 Lakeland Drive, Suite 101, Flowood, MS 39232.

### Jurisdiction and Venue

3. Jurisdiction is proper in this Court because this is a tort action and the Circuit Court is the Court of General Jurisdiction.

4. Venue is proper in this Court pursuant to Miss. Code Ann. § 11-11-3.


FILED
MAR 21 2023

Page 1 of 6


EXHIBIT A

## Background and Facts

5. At approximately 6:30 p.m. on June 29, 2022, Luke was lawfully operating his vehicle, a 2022 Mercedes-Benz GLC, while stopped a red light at Poplar Avenue and Bellvue Boulevard, facing Eastbound in the middle lane in Memphis, Shelby County, Tennessee.

6. At that same time and place, a white Chevrolet Silverado truck struck Luke's vehicle in its rear and fled the scene going Southbound on Bellvue Blvd.

7. As a result of the motor vehicle collision (the "collision"), Luke suffered extensive and severe personal injuries, including re-injury to his left ankle, which caused him to seek medical treatment.

8. As the time of the collision, Luke maintained uninsured motorist coverage in the amount of $100,000.00 through Progressive. No insurance coverage was reported on the collision report for the at-fault party and, therefore, Luke qualifies for uninsured/underinsured motorist coverage benefits under the Progressive policy.

9. Despite knowledge that Luke's medical bills now exceed $24,000.00 and his treating orthopedic surgeon has recommended a total left ankle reconstruction surgery that was re-injured in the collision, Progressive still refuses to pay the insurance benefits owed to Luke. Specifically, Progressive has determined that Luke must have made up his partial tear to his left ankle clearly visible on an MRI sometime between the collision in June of 2022 and his follow up orthopedic visit in August of 2022.

10. While continuing to seek treatment for his injuries, including the need for a total ankle reconstruction surgery, Luke submitted a claim for benefits to Progressive, but Progressive has refused and failed to issue the $100,000.00 to its own insured.

Page 2 of 6

11. Progressive's failure to issue policy limits for Luke's claims was done without any arguable or legitimate basis and in bad faith.

### Causes of Action

#### Count I – Luke's Claim for Benefits Under Progressive's Contract for Insurance

12. Luke incorporates all allegations against Progressive.

13. Luke is an insured within the meaning of the Progressive Policy Number 926380425. The Progressive policy provides that Luke has underinsured/uninsured motorist coverage on one (1) vehicle in the amount of $100,000.00.

14. As a result of the collision, Luke has incurred damages in excess of the policy limits, including medical bills, lost wages, pain and suffering, and loss of enjoyment of life.

15. Luke's injuries were caused by an uninsured motorist.

16. Under the Progressive policy, Luke is insured and is entitled to a minimum of $100,000.00 of uninsured motorist benefits.

#### Count II – Claim for Bad Faith, Failure to Pay Benefits Against Progressive

17. Luke incorporates all allegations against Progressive.

18. Progressive has failed to issue policy limits to Luke for the medical bills, lost wages, pain and suffering, and loss of enjoyment of life incurred as a result of the above referenced collision. Progressive has in bad faith, without any reason or basis, unreasonably refused to issue policy limits and has failed to adequately investigate and adjust the clear medical records and Luke's injuries that necessitate surgery.

19. By refusing to provide benefits or coverage and payment of valid claims under the Policy, Progressive acted fraudulently, oppressively, maliciously, and outrageously toward Luke with conscious disregard for his rights under the law and under the policy, and with the intent and design

of benefitting Progressive financially, of harassing Luke, of avoiding payment of amounts due for the valid claim, and of causing or willfully disregarding the probability of causing severe emotional distress to Luke. Progressive has also refused to timely communicate with Luke as to the status of the evaluation of his claim, failing to adequately and reasonably investigate the above-referenced collision.

20. Progressive has refused to provide full coverage or benefits under the policy, knowing that Luke is financially and emotionally distressed by reason of a refusal of Progressive to pay the benefits owed, which have caused hardship and suffering to Luke.

21. The course of conduct of Progressive, as described above, was deliberately undertaken, was wanton, willful, and in reckless disregard of Luke's rights and well-being and was attended by malice and vindictiveness on the part of Progressive that Progressive:

   a. Willfully failed to promptly tender proper payments of med-pay benefits owed to its own insured, Luke;

   b. Willfully failed to tender the undisputed amount of benefits owed to Luke;

   c. Willfully failed to investigate with reasonable promptness, all relevant information and make a realistic evaluation of claim;

   d. Willfully failed to investigate, adjust and pay Luke's claim in a reasonable prompt manner;

   e. Willfully failed to tell Luke the plain truth regarding investigation, evaluation, and payment or nonpayment of claim;

   f. Willfully failed to evaluate each and every issue during the adjusting of Luke's claim, to give at least equal consideration to Luke's interest, which Progressive gave to itself;

g. Willfully utilized investigation, evaluation, and/or adjusting process for improper purposes in order to deny or delay payment of claim;

h. Willfully delayed obtaining readily available information Progressive purportedly needed to complete investigation of the claim;

i. Willfully and unreasonable placed the burden of claim investigation on Luke; and

j. Willfully and unreasonably failed to use a medical officer to evaluate Luke's claim when basing medical records and treatment in its refusal to issue policy limits.

22. Progressive's breaches of contract and duties result from an intentional wrong, insult, or abuse as well as from such gross negligence as to constitute and intentional and independent tort.

23. By refusing to provide benefits of coverage and payment of valid claims under the policy, Progressive acted fraudulently, oppressively, maliciously, and outrageously toward Luke, with conscious disregard for his rights under the law and with the intent and design of benefitting Progressive financially, or harassing Luke, of discouraging Luke from asserting valid claims of avoiding payment of amounts due for the valid claim, and of causing or willfully disregarding the probability of causing severe emotional distress to Luke.

24. Progressive has deprived Luke of the benefits justly due under the policy when Progressive knew that those benefits were due, owning, and needed by Luke.

25. As a direct result of Progressive's fraudulent, oppressive, malicious, and outrageous conduct, and of its bad faith in handling Luke's claims for benefits under the policy, Luke has sustained economic loss, including but not limited to, attorney's fees, costs, and loss of interest income/loss of use of coverage proceeds. As a further result of Progressive's outrageous and willful conduct and bad faith, Luke has suffered embarrassment, humiliation, emotional distress, and discomfort entitling him to punitive/bad faith damages.

## Relief

26. Thus, Luke requests a jury trial and demands judgment against Progressive as follows:

   a. Declaration of coverage and entitlement to uninsured motorist benefits under the policy;

   b. Judgment against Progressive for compensatory, consequential, and special damages including costs and pre and post judgment interest arising out of Progressive's breach of the insurance contract;

   c. Judgment against Progressive for compensatory, consequential, and special damages, including costs, pre and prost judgment interest and costs for negligence;

   d. Judgment against Progressive for punitive damages for Progressive's intentional and fraudulent conduct;

   e. Judgment against Progressive for Veasley damages;

   f. Luke also seeks all attorney fees and costs, pre- and post-judgment interest and all other relief according to law.

Respectfully submitted this the 20th day of March, 2023.

WILLIAM LUKE HODGES,
Plaintiff

By: _____
Cory N. Ferraez (MSB #104770)

Cory N. Ferraez (MSB #104770)
Ferraez & Associates, PLLC
2772 Oak Grove Road
Hattiesburg, MS 39402
P: 601-915-2679
F: 601-620-0078
cory@callcoryms.com