IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

WILLIAM LUKE HODGES                                                                                              PLAINTIFF

V.                                                                          CIVIL ACTION NO. 1:23-CV-56-GHD-RP

MOUNTAIN LAUREL ASSURANCE COMPANY                                                 DEFENDANTS

## ORDER SUBSTITUTING PARTY

This matter is before the court on the parties' joint *ore tenus* motion to substitute Mountain Laurel Assurance Company for the defendant incorrectly named in the complaint as Progressive Casualty Insurance Company. The court finds the request is well taken and should be **GRANTED**. Mountain Laurel Assurance Company is substituted as the defendant in place of Progressive Casualty Insurance Company. The Clerk of Court is directed to change the style on the docket to reflect the new, properly designated defendant, and the parties are directed to observe this change in future filings.

**SO ORDERED,** this the 24th day of May, 2023.


/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE