IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

WILLIAM LUKE HODGES                                              PLAINTIFF

V.                                                        NO: 1:23-CV-056-GHD-RP

MOUNTAIN LAUREL ASSURANCE                                        DEFENDANT
COMPANY

<u>ORDER DISMISSING ACTION BY REASON OF SETTLEMENT</u>

     The Court has been advised by counsel that this action has been settled or is in the process of being settled. Therefore, it is not necessary that the action remain upon the calendar of the Court.

     It is therefore ORDERED that this action is DISMISSED without prejudice. The Court retains complete jurisdiction to vacate this order and to reopen the action upon cause shown that the settlement of this matter has not been completed and further litigation is necessary.

     SO ORDERED, this the 20th day of March, 2024.

_____
SENIOR U.S. DISTRICT JUDGE